IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATEI COSMIN,<br><br>Defendant. | MJ 25-110-GF-JTJ<br><br>**JUDGMENT** |

On September 25, 2025, Defendant Matei Cosmin (Cosmin) appeared before the Court for the continuation of his initial hearing held on September 24, 2025. Cosmin indicated that he intended to enter a plea of guilty plea. Cosmin then entered a plea of guilty to the crime of Improper Entry into the United States by an Alien in violation of 8 U.S.C. § 1325(a)(1). Cosmin's plea of guilty was made knowingly, intelligently, and voluntarily. Cosmin understood his constitutional rights and the extent to which such rights were waived by a plea of guilty.

Having considered the evidence, sentencing recommendations of the parties, and the sentencing factors in 18 U.S.C § 3553, the Court enters the following sentence:

1. Cosmin shall serve a custodial sentence of time served, with

no supervised release to follow.

2. No fine or special assessment is imposed.

## NOTICE OF RIGHT TO APPEAL

Cosmin was advised that, pursuant to 18 U.S.C. § 3742(h) and Federal Rule of Criminal Procedure 58(g)(2)(B), he has the right to appeal the sentence imposed in this case to a United States District Court Judge within 14 days after entry of this Judgment.

The Clerk shall notify the parties of the entry of this Judgment.

DATED this 25th day of September 2025.

_____
John Johnston
United States Magistrate Judge